Jean-Paul Ciardullo (SBN 284170)
  jciardullo@foley.com
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065

Attorneys for Plaintiffs
Kids2, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Kids2, LLC, a Georgia limited liability corporation,<br><br>    *Plaintiff*,<br> vs.<br><br>Baby Trend, Inc., a California corporation,<br><br><br>    *Defendant*. | Case No. 25-cv-02001-JGB-PD<br><br>**JOINT STIPULATION TO STAY PENDING RESOLUTION OF ACTION BEFORE UNITED STATES INTERNATIONAL TRADE COMMISSION** |

FOLEY & LARDNER LLP
ATTORNEYS AT LAW

JOINT STIPULATION

4912-1886-1230.1

WHEREAS Plaintiff Kids2, LLC ("Kids2") will be filing a complaint seeking institution of an Investigation under Section 337 of the Tariff Act of 1930 before the United States International Trade Commission ("ITC" and "ITC Action") upon forthcoming receipt of certified copies of the asserted patents from the United States Patent & Trademark Office;

WHEREAS Kids2's complaint in the ITC Action will assert patent infringement allegations against Defendant Baby Trend, Inc. ("Baby Trend"), along with other respondents, for infringement of U.S. Patent Nos. 9,101,225 ("the '225 Patent")); 9,883,749 ("the '749 Patent"); 10,278,513 ("the '513 Patent"); 10,835,053 ("the '053 Patent"); and 11,534,006 ("the '006 Patent");

WHEREAS Kids2 also asserts in the present action ("the District Court Action") that certain products sold by Baby Trend ("the Accused Products") infringe each of the '225 Patent, the '749 Patent, the '513 Patent, the '053 Patent, and the '006 Patent;

WHEREAS Kids2 is withdrawing its claims asserting infringement of U.S. Patent No. 11,653,771 against Baby Trend in the District Court Action and, as a result, Kids2 no longer has any infringement allegations against the existing versions of Baby Trend's (1) MUV 7 in 1 High Chair product(s); and (2) Snap Gear 5 in 1 High Chair product(s);

WHEREAS the parties agree that the ITC Action will likely reach final determination before the District Court Action is resolved;

WHEREAS, there is a significant overlap in factual and legal issues between the ITC Action and the District Court Action because both will necessarily address the same questions of validity and infringement with respect to the '225, '749, '513, '053, and '006 Patents;

WHEREAS, although the ITC has not yet determined if it will commence an investigation, the parties have conferred and agreed to stay this case pending resolution of the ITC Action;

WHEREAS the parties agree to stay this District Court Action to conserve Court and party resources, promote judicial economy, and mitigate the possibility of disparate decisions or judgments between the ITC and this Court;

WHEREAS, assuming the ITC Action is instituted, subject to the parties' request, 28 U.S.C. § 1659(a) will require a stay of the District Court Action at least with respect to the '225, '749, '513, '053, and '006 Patents pending a final determination in the ITC Action;

WHEREAS, in view of the foregoing, the parties jointly request that the Court stay the District Court Action until the determination of the ITC Action becomes final;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, and subject to the approval of the Court as follows:

1.    This action shall be stayed in its entirety until the determination of the ITC in the ITC Action becomes final, including any appeals therefrom.

2.    The parties shall notify the Court within 7 days of the stay lifting as set forth in paragraph 1 above or of a determination by the ITC not to institute an investigation.

3.    Nothing herein shall preclude either party from filing a motion to lift the stay upon a showing of good cause for doing so.

4.    Neither party shall oppose lifting the stay should the ITC decide not to institute an investigation.

Dated: May 29, 2026                    Respectfully submitted,


By:    /s/ Jean-Paul Ciardullo
Jean-Paul Ciardullo (SBN 284170)
jciardullo@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2418
Telephone: 213-972-4500
Facsimile: 213-486-0065


**FAEGRE DRINKER BIDDLE & REATH LLP**

Dated: May 29, 2026            By:    /s/ Phillip M. Ouween
Philip M. Ouweleen

Tarifa B. Laddon (SBN 240419)
tarifa.laddon@faegredrinker.com
David A. Belcher (SBN 330166)
david.belcher@faegredrinker.com
Whitney A. Thompson (SBN 336655)
whitney.thompson@faegredrinker.com
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
Telephone:   310-203-4000
Facsimile:   310-229-1285

R. Trevor Carter (pro hac vice)
trevor.carter@faegredrinker.com
Philip M. Ouweleen (pro hac vice)
philip.ouweleen@faegredrinker.com
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone:   317-237-0300
Facsimile:   317-237-1000

Attorneys for Defendant
BABY TREND, INC.

## ATTESTATION

Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jean-Paul Ciardullo*
Filing Attorney